**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-12-221-1 |
| | § | |
| DEMI MISCHEL MUNIZ | § | |

# O R D E R

Defendant Muniz filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No.102). The motion for continuance is GRANTED. The sentencing hearing is reset to **August 2, 2013 at 9:00 a.m.** Defendant must file an objections to the presentence report by July 19, 2013.

SIGNED on May 10, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge